# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSE CEBALLO-FRANCO,<br><br>                    Defendant. | CASE NO. 14-cr-00716-BEN<br><br>**JUDGMENT OF DISMISSAL** |

 IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__   an indictment has been filed in case 14cr1480-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Removed Alien Found in the United States (Felony)(1)

 IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/30/14

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge